| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER (SBN 161432) |
| 2 | Email:  Adrienne.Publicover@WilsonElser.com<br>LAURA E. FANNON (SBN 111500) |
| 3 | Email:  Laura.Fannon@WilsonElser.com<br>WILSON, ELSER, MOSKOWITZ, |
| 4 |   EDELMAN & DICKER LLP<br>525 Market Street – 17th Floor |
| 5 | San Francisco, California 94105-2725<br>Telephone:    (415) 433-0990 |
| 6 | Facsimile:    (415) 434-1370 |
| 7 | Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF NORTH AMERICA |
| 8 | |
| 9 | DAVID M. LILIENSTEIN (SBN 218923)<br>Email: david@dllawgroup.com |
| 10 | DL LAW GROUP<br>345 Franklin Street |
| 11 | San Francisco, California 94102<br>Telephone:    (415) 678-5050 |
| 12 | Facsimile:    (415) 358-8484 |
| 13 | Attorneys for Plaintiff<br>ROBERT WAN |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBERT WAN, an individual, | Case No.: CV12-02818-YGR |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** ~~PROPOS~~**ED ORDER THEREON** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, TRUSTEES OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN THE SERVICES INDUSTRY LONG-TERM DISABILITY PLAN and DOES 1 through 10, | Action Filed: May 31, 2012<br>Trial Date:    None |
| Defendants, | |

**IT IS HEREBY STIPULATED** by and between plaintiff ROBERT WAN ("plaintiff") and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), through their respective attorneys of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees. Plaintiff and LINA are the only parties remaining in this action, defendant TRUSTEES OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN THE SERVICES INDUSTRY LONG-TERM DISABILITY PLAN having been dismissed from this action on July 9, 2012 (Court Doc. No. 5).

Dated: October 5, 2012            WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP

                         By:      /s/ Laura E. Fannon
                                  ADRIENNE C. PUBLICOVER
                                  LAURA E. FANNON
                                  Attorneys for Defendant
                                  LIFE INSURANCE COMPANY OF NORTH
                                  AMERICA

Dated: October 5, 2012            DL LAW GROUP

                         By:      /s/ David M. Lilienstein
                                  DAVID M. LILIENSTEIN
                                  Attorneys for Plaintiff
                                  ROBERT WAN

**[PROPOSED] ORDER**

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: __October 12__, 2012

HON. YVONNE GONZALEZ ROGERS
AUnited States District Court Judge