ADRIENNE C. PUBLICOVER (SBN 161432)
Email:  Adrienne.Publicover@WilsonElser.com
LAURA E. FANNON (SBN 111500)
Email:  Laura.Fannon@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA


DAVID M. LILIENSTEIN (SBN 218923)
Email: david@dllawgroup.com
DL LAW GROUP
345 Franklin Street
San Francisco, California 94102
Telephone:     (415) 678-5050
Facsimile:     (415) 358-8484

Attorneys for Plaintiff
ROBERT WAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBERT WAN, an individual, | Case No.: CV12-02818-YGR |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** ~~**PROPOS**~~**ED ORDER THEREON** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, TRUSTEES OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN THE SERVICES INDUSTRY LONG-TERM DISABILITY PLAN and DOES 1 through 10, | Action Filed: May 31, 2012<br>Trial Date:    None |
| Defendants, | |

1    **IT IS HEREBY STIPULATED** by and between plaintiff ROBERT WAN ("plaintiff")
2    and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), through their
3    respective attorneys of record, that the above-entitled action, and all claims for relief therein, shall
4    be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to
5    bear its own costs and attorneys' fees.  Plaintiff and LINA are the only parties remaining in this
6    action, defendant TRUSTEES OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN
7    THE SERVICES INDUSTRY LONG-TERM DISABILITY PLAN having been dismissed from
8    this action on July 9, 2012 (Court Doc. No. 5).

Dated:  October 5, 2012               WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                            By:    /s/  Laura E. Fannon
                                   ADRIENNE C. PUBLICOVER
                                   LAURA E. FANNON
                                   Attorneys for Defendant
                                   LIFE INSURANCE COMPANY OF NORTH
                                   AMERICA

Dated:  October 5, 2012               DL LAW GROUP

                            By:    /s/   David M. Lilienstein
                                   DAVID M. LILIENSTEIN
                                   Attorneys for Plaintiff
                                   ROBERT WAN

**[PROPOSED] ORDER**

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: __October 12__, 2012

HON. YVONNE GONZALEZ ROGERS
AUnited States District Court Judge